UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 APR -6  A 11: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

vs.

ANTRUM COSTON

CRIMINAL NO.: 3:03CR00243(EBB)

## ORDER TO APPEAR FOR COMPLIANCE REVIEW HEARING

Based on a report to the Court of a new arrest and a request by the United States Probation Office, the defendant is ordered to appear before the Honorable Ellen Bree Burns, Senior United States District Judge on April 19, 2006 at 10:00 a.m., for a supervised release compliance review hearing.

Signed and ordered on this 6 day of April, 2006, at New Haven, Connecticut.

The Honorable Ellen Bree Burns
Senior U.S. District Judge