UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        FILED

vs.

2006 APR 20  A  9: 52 Criminal No. 3:03CR00243(EBB)

ANTRUM COSTON

U.S. DISTRICT COURT
NEW HAVEN, CT

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On March 17, 2004, the defendant was sentenced to 37 months imprisonment and 3 years supervised release for Possession of a Firearm by a Convicted Felon, subject to standard and special conditions.

WHEREAS, at a compliance review hearing before this Court on April 19, 2006, Mr. Coston was afforded counsel and given an opportunity to be heard. The Court determined that the defendant shall remain on supervised release with modifications to the special conditions.

IT IS ORDERED that the conditions of supervised release be modified to add the following special condition: The defendant shall be placed on home confinement with electronic monitoring for a period of 90 days. Additionally, the defendant shall be in his home from 7:00 p.m. to 7:00 a.m. daily. Mr. Coston shall make all provisions for the appropriate installation of the electronic monitoring equipment and shall comply with all conditions of electronic monitoring as required by the Probation Office. The Probation Office shall pay the costs associated with electronic monitoring.

All other aspects of the original judgment shall remain in full force and effect. Signed and dated at New Haven, Connecticut, this ___19___ day of April, 2006.


The Honorable Ellen Bree Burns
Senior United States District Judge