## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ANTRUM COSTON                                              Docket No. 3:03CR00243(EBB)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Antrum Coston who was sentenced to 37 months' imprisonment for a violation of 18 U.S.C. §§ 922 and 924, Possession of a Firearm by a Convicted Felon, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, sitting in the court at New Haven, Connecticut, on March 17, 2004, who fixed the period of supervision at 3 years, which commenced on February 10, 2006, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program as directed by the U.S. Probation Office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition**: "The defendant shall not commit another federal, state or local offense. The defendant shall not illegally possess a controlled substance."

**Charge No. 2 - Standard Condition**: "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered."

**Charge No. 3 - Standard Condition**: "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."

**Charge No. 4 - Standard Condition**: "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

On April 26, 2007, Mr. Coston was arrested by the Statewide Urban Violence Cooperative Crime Control Task Force and charged with Possession of Narcotics, Possession of Hallucinogen or Marijuana Greater Than 4 oz., Possession of Narcotics Within 1500 Feet of a School, Sale of Narcotics Within 1500 Feet of a School, and Criminal Trespass 3rd Degree. According to the police incident report, the task force conducted a surveillance at 589-591 Winchester Avenue in New Haven, Connecticut. Police observed Mr. Coston and another person, a felon named Patrick Mosley, engaging in what appeared to be hand-to-hand narcotics transactions from the front porch of the residence. Mr. Coston was detained. Upon searching Mr. Coston, police found a sandwich bag that had 166 small ziplock baggies containing an off-white rock like substance and $205 on his person. On April 26, 2007, Mr. Coston was released by police on a $10,000 surety bond. Mr. Coston made no attempt to report the arrest to the Probation Office and only did so after being directed into the office and confronted with information on May 3, 2007.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Antrum Coston to appear before this court at New Haven, Connecticut on June 7, 2007 at 9am to show cause why supervision should not be revoked.

**ORDER OF COURT**                                                              Sworn to By

Considered and ordered this 24th                                                _____
day of May, 2007 and ordered filed and made                                      Sandra L. Hunt
a part of the records in the above case                                          Senior United States Probation Officer

                                                                                Place   5/24/07 New Haven, CT
_____
The Honorable Ellen Bree Burns                                                  Date    5/24/07
Senior U.S. District Judge

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 24th day of May 2007 at New Haven, Connecticut, Sr. U.S. Probation Officer Sandra Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                                                                                _____
                                                                                The Honorable Ellen Bree Burns
                                                                                Senior U.S. District Judge