UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 3:03-CR-243 (EBB) |
| | : | |
| **ANTRUM COSTON** | : | June 20, 2007 |

<u>**MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN**</u>

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Joseph P. Minta, for the purpose of assisting in the representation of the Government during the course of the proceedings in this case. In support of this motion, the government states as follows:

1. The undersigned Assistant United States Attorney is a member of the bar of this Court in good standing.

2. The undersigned will assume personal professional responsibility for Mr. Minta's work in connection with this proceeding.

3. The undersigned will assist Mr. Minta to the extent necessary.

4. The undersigned will appear with Mr. Minta at all times during any proceedings in this case.

5. The undersigned by this motion indicates in writing his consent to supervise Mr. Minta pursuant to Local Rule 83.9.

6. With respect to Mr. Minta's qualifications, the undersigned states:

    a.    Mr. Minta is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and will receive his juris doctor degree in May 2009.

    b.    Mr. Minta has completed the equivalent of at least two semesters of legal study.

    c.    Mr. Minta will be introduced to the Court by undersigned counsel.

    d.    Mr. Minta is working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

WHEREFORE, the Government moves to allow Joseph P. Minta to appear as described above on behalf of the United States in connection with proceedings in this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/Eric J. Glover
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct23923
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3745
Fax: (203) 773-5378
ERIC.GLOVER@usdoj.gov

## CERTIFICATION

I hereby certify that on June 20, 2007, a copy of foregoing Motion to Permit Appearance of Law Student Intern was served by hand on Leo E. Ahern, Esq., counsel for the defendant.

/s/Eric J. Glover
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY