≠AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

USA v. Antrum Coston

**EXHIBIT AND WITNESS LIST**

Case Number: 3:03cr243(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Eric Glover | Leo Ahern |
| TRIAL DATE(S) Viol. Hrg 6/20/07 | COURT REPORTER Irma Sanchez | COURTROOM DEPUTY Melissa Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/20 | | | Trooper Michael Kowal – Middletown, CT |
| ✓ | | 6/20 | | | Wendy Barrett – New Haven, CT |
| ✓ | | 6/20 | | | Sandra Hunt – New Haven, CT |
| 1 | | 6/20 | ✓ | ✓ | Toxicology Report |
| 2 | | 6/20 | ✓ | ✓ | J.C.'s conditions of supervised release |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages